**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| GUY URCIUOLI, | ) | No. CV 11-6220-ODW (PLA) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND** |
| v. | ) | **RECOMMENDATION** |
| | ) | |
| WARDEN GUTIERREZ, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation filed herein and petitioner's objections.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.      The report and recommendation is adopted.

2.      Judgment shall be entered consistent with this order.

3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 26, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE