# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUY URCIUOLI,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN GUTIERREZ,<br><br>　　　　　　Respondent. | No. CV 11-6220-ODW (PLA)<br><br>**JUDGMENT** |

　　　Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE